

Connell Foley LLP
Harborside 5
185 Hudson Street, Suite 2510
Jersey City, NJ 07311
P 201.521.1000   F 201.521.0100

**Leo J. Hurley, Jr.**
Partner

March 6, 2023

<u>**Via ECF**</u>
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 4W
Trenton, NJ 08608

      Re:    K.S.D. v. Ryan, et al.
             Civil Case Action No. 3:21-cv-20270-ZNQ-LHG

Dear Judge Quraishi:

      This firm serves as counsel to Defendant Roderick Newbold Ryan ("R.N.R.") in the above referenced matter. We write in connection with Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF 54), returnable on March 20, 2023. Although R.N.R. does not oppose Plaintiff's Motion for Leave to File a Second Amended Complaint, R.N.R. specifically and expressly reserves all rights under the Federal Rules of Civil Procedure to timely move to dismiss the complaint, including, *inter alia*, under Rule 12(b)(6) for failure to state a claim and any other reasons as may be appropriate.

      Respectfully submitted,

      CONNELL FOLEY LLP

      <u>/s Leo J. Hurley, Jr.</u>
      Leo J. Hurley, Jr., Esq.

LJH/
cc: All Counsel